**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 545 MAL 2021

               Respondent          :

                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

               v.                      :

TONY EDWARDS,                   :

               Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.